UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELLIOT FRANCO, on behalf of himself
and all others similarly situated,

                                                                                   JUDGMENT
                                                                                   17 CV 4549 (RJD)

                                    Plaintiff,

            -against-

VITAL RECOVERY SERVICES INC.,

                                    Defendant.
---------------------------------------------------------------X

       A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on March 20, 2019, granting Defendants' motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that Defendants' motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       March 20, 2019                                                    Clerk of Court

                                                                         by:    */s/ Jalitza Poveda*
                                                                                      Deputy Clerk